No. 95–737. ROYCE LABORATORIES, INC. *v.* BRISTOL-MYERS SQUIBB CO. ET AL. C. A. Fed. Cir. Motion of petitioner to expedite consideration of petition for writ of certiorari denied. JUS-

TICE O'CONNOR took no part in the consideration or decision of this motion.